UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>JESUS MENDOZA-GARCIA,<br><br>　　　　　　Defendant. | No. CR-05-2020-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's expedited motions to withdraw his plea of guilty and dismiss the indictment; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion to expedite (**Ct. Rec. 31**) is granted.

2. The defendant's motion to withdraw his guilty plea (**Ct. Rec. 28**) is granted.

3. The defendant's motion to dismiss the indictment (**Ct. Rec. 34**) is granted.

4. The indictment is dismissed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and close the case.

**DATED** this ___17th___ day of March, 2006.

　　　　　　　　　　　　　　s/Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　United States District Judge

ORDER - 1